IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 15-288-SLR/SRF ) |
| PACE PLC and PACE AMERICAS, LLC, | ) ) ) |
| Defendants. | ) ) |

**ORDER**

At Wilmington this 28th day of March, 2016, having reviewed the Report and Recommendation issued by Magistrate Judge Sherry R. Fallon, as well the objections filed by defendant Pace PLC ("Pace") and plaintiff Sony Corporation's ("Sony") response thereto;

IT IS ORDERED that the objections (D.I. 43) are rejected and the Report and Recommendation (D.I. 38) accepted. At the outset, I have embraced the dual jurisdiction theory, as noted in the Report and Recommendation. In this regard, I find no error in Judge Fallon's application of the theory, which is consistent with the allegations that Pace is an active participant in designing, marketing and selling its products to the United States market; therefore, it is reasonable to infer that Pace's intent is to sell such products nationwide, including Delaware.

IT IS FURTHER ORDERED that the pending motion to dismiss (D.I. 15) is denied without prejudice to renew.

IT IS FURTHER ORDERED that Sony's request for limited jurisdictional discovery is granted, with all such discovery being completed on or before **May 31, 2016.** Pace may renew its motion to dismiss for lack of personal jurisdiction on or before **June 30, 2016.**

_____
United States District Judge