IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 15-288-SLR-SRF ) |
| PACE PLC and PACE AMERICAS, LLC, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 1st day of March, 2017, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on February 8, 2017, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 167) is adopted.

2. Defendant Pace plc's motion to dismiss is denied (D.I. 91).

_____
Senior United States District Judge