IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>ARRIS GLOBAL LTD. and PACE AMERICAS, LLC,<br><br>               Defendants. | **C.A. No. 15-288-JFB-SRF** |

## STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims brought in this case by Plaintiff Sony Corporation shall be dismissed with prejudice, and all counterclaims brought in this case by Defendants ARRIS Global Ltd. And Pace Americas, LLC shall be dismissed with prejudice, with each party to bear its own fees and costs.

| POTTER ANDERSON & CORROON LLP | FISH & RICHARDSON P.C. |
|---|---|
| */s/ Stephanie E. O'Byrne* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Stephanie E. O'Byrne (#4446) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br> sobyrne@potteranderson.com <br><br> *Attorneys for Plaintiff Sony Corporation* | */s/ Susan E. Morrison* <br> Susan E. Morrison (#4690) <br> 222 Delaware Avenue, 17th Floor <br> P. O. Box 1114 <br> Wilmington, DE 19899-1114 <br> Phone: 302-652-5070 <br> morrison@fr.com <br><br> *Attorneys for Defendants ARRIS Global Ltd. and Pace Americas, LLC* |

Dated: November 27, 2017
5573151/42383

IT IS SO ORDERED this  28th  day of  November , 2017.

_____
United States District Judge